IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DANIEL ERIC COBBLE, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. 5:12-CV-438 (MTT) |
| | : | |
| United States Magistrate Judge | : | |
| CHARLES H. WEIGLE, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | **ORDER** |

Petitioner **DANIEL ERIC COBBLE** has filed a second motion to proceed *in forma pauperis* on appeal. (Doc. 17). For reasons explained in this Court's January 3, 2013 Order, this motion is **DENIED**. Should Petitioner wish to proceed with this appeal, he must prepay the $455.00 appellate filing fee.

**SO ORDERED** this 7th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lnb